No. 664, Misc. BROGAN v. MARTIN, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 674, Misc. BRADEN v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 201. HYUN v. LANDON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, 350 U. S. 990. Rehearing denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 505. MALOY v. CITY OF MULBERRY, 350 U. S. 933. The motion for leave to file a second petition for rehearing is denied.

No. 58. ULLMANN v. UNITED STATES, 350 U. S. 422;

No. 316. RAYMOND BAG CO. v. BOWERS, TAX COMMISSIONER OF OHIO, 350 U. S. 1003;

No. 523. COLLINS ET AL. v. AMERICAN BUSLINES, INC., ET AL., 350 U. S. 528;

No. 672. BALIAN ICE CREAM CO., INC., ET AL. v. ARDEN FARMS CO. ET AL., 350 U. S. 991;

No. 683. MOFFETT, EXECUTRIX, v. COMMERCE TRUST CO., 350 U. S. 996;

No. 12, Misc. BINDRIM v. RAGEN, WARDEN, 350 U. S. 1004;

No. 400, Misc. LEVY v. HAYWARD ET AL., 350 U. S. 998;

No. 431, Misc. SHOTKIN v. BOARD OF EDUCATION OF FLORIDA, 350 U. S. 1004;

No. 550, Misc. DI SILVESTRO v. UNITED STATES VETERANS ADMINISTRATION ET AL., 350 U. S. 1009;

No. 602, Misc. BRINKLEY v. TEXAS, 350 U. S. 992; and

No. 624, Misc. DONNELL v. RAGEN, WARDEN, 350 U. S. 1012. Petitions for rehearing denied.